# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:17-cv-03123-RSWL-KSx | Date | May 19, 2017 |
| Title | ALEXANDER v. METRO-GOLDWYN-MAYER STUDIOS INC et al | | |

| Present: The Honorable | RONALD S.W. LEW |
|---|---|

| Joseph Remigio | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   IN CHAMBERS - ORDER TO SHOW CAUSE

   On April 26, 2017, the above-entitled action was transferred to the Central District of California from the District of New Jersey at Newark. Counsel for the parties were notified regarding their obligation to make applications to appear Pro Hac Vice within 5 days notice or April 30, 2017.

   Counsel, admitted to the Bar of this Court, have appeared for Defendants. Out of state counsel for Defendant has withdrawn.

   Although an appearance for Plaintiff by counsel admitted to the Bar of this Court has been made, out of state counsel for Plaintiff have yet to make any applications to appear Pro Hac Vice and are violation of Central District of California Local Rules of Court 83-2.1.3, et seq.

   Out of state counsel for Plaintiff, through admitted counsel, are ordered to show cause in writing no later than noon (12:00 p.m.) on **May 26, 2017**, why they should not be terminated as counsel for failure to apply for appearance Pro Hac Vice.

   As an alternative to a written response by plaintiff(s), the Court will accept the following, if it is filed on or before the above date:

   Application of Non-resident Attorney To Appear in a Specific Case Pro Hac Vice; or
   Motion to Withdraw as Attorney

   No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a response or on the date upon which a response by plaintiff(s) is due. Failure to respond to this order may result in the imposition of sanctions including termination as counsel from this action.

_____ : _____

Initials of Preparer   jre